# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 16-20576
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
September 21, 2017

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JORGE LUIS GARZA, also known as Guillermo Huerta-Sanchez, also known as Mono Renzo,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:99-CR-455-2

Before WIENER, DENNIS, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

Defendant-Appellant Jorge Luis Garza appeals the denial of his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2). Because of the large quantity of drugs attributable to Garza for sentencing, the reduction in base offense levels provided by Amendment 782 did not lower his base offense level or his sentencing range. The judgment is therefore AFFIRMED.[1]

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

[1] *See United States v. Hernandez*, 645 F.3d 709, 712-13 (5th Cir. 2011).